UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTY GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KILOLO KIJAKAZI, ) | 5:22-CV-46-BO |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the decision of the Commissioner is therefore AFFIRMED. Plaintiff's motion for summary judgment [DE 15] is DENIED and defendant's motion for judgment on the pleadings [DE 17] is GRANTED.

This case is closed.

**This judgment filed and entered on March 1, 2023, and served on:**
Vaughn Clauson (via CM/ECF NEF)
Lisa Rayo (via CM/ECF NEF)
Dianne Samu (via CM/ECF NEF)

March 1, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk